**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: A.N.L. (APPEAL OF A.B.) | : | No. 118 MM 2017 |
| | : | |
| | : | |
| PETITION OF: MICHAEL B. SMITH, | : | |
| ESQUIRE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2017, upon consideration of the Application to Withdraw, it is noted that no Petition for Allowance of Appeal was advanced within the filing period. *See* Pa.R.A.P. 105(b) (providing that the time period for filing an allocatur petition may not be enlarged). Moreover, there is no other allocatur-related submission before this Court.

     As the application is not related to a filing pending in this tribunal, there is no evident jurisdictional basis for its consideration. *See Reading Anthracite Co. v. Rich*, 577 A.2d 881 (Pa. 1990) (observing that the timeliness of an appeal is jurisdictional). Accordingly, the Application to Withdraw is DISMISSED.